**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Angel PORTOCARRERO–OBANDO,**
**Defendant–Appellant.**

No. 07–10307
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 9, 2007.

Angelo M. Ferlita, Ferlita, Nutter & Rosello, P.A., Tampa, FL, for Defendant–Appellant.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Angelo Ferlita, appointed counsel for Angel Portocarrero–Obando in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Portocarrero–Obando's conviction and sentence are **AFFIRMED**.